IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-077 |
| | ) | |
| JOHNNY BIVENS | ) | |

**O R D E R**

Upon consideration of Defendant's Motion for Reconsideration of Cash Security Requirement to Post Bail (doc. no. 137), and there being no opposition from the government, Defendant's request is **GRANTED**.

IT IS THEREFORE ORDERED that Defendant Bivens be released on an unsecured appearance bond in the amount of $25,000.00. Defendant shall comply with all other conditions set forth in the original Order Setting Conditions of Release. (Doc. no. 47.)

SO ORDERED this 10th day of September, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA